**DISMISS and Opinion Filed September 20, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00988-CV

### WAYNE A. RAND, Appellant
### V.
### DOROTHY DENNISE RAND, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-06590**

## MEMORANDUM OPINION
Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that the trial court granted his motion for new trial. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

130988F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WAYNE A. RAND, Appellant

No. 05-13-00988-CV        V.

DOROTHY DENNISE RAND, Appellee

On Appeal from the 255th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-13-06590.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, DOROTHY DENNISE RAND, recover her costs of this appeal from appellant, WAYNE A. RAND.

Judgment entered September 20, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE